FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 11 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KENNETH WILLIAMS,

          Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT; JEFFREY AUST; "JOHN DOE AND JANE DOE 1-10"; RICHMOND COUNTY DISTRICT ATTORNEY'S OFFICE; "JOHN ROE AND MARY ROE 1-10"; NEW YORK CITY DEPARTMENT OF CORRECTIONS; "JAMES DOE AND MARY DOE 1-10,"

          Defendants.

----------------------------------------------------------------

15-CV-04762 (ARR) (RML)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case, dated August 24, 2017, from the Honorable Robert Levy, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Therefore, the case is dismissed with prejudice for failure to prosecute.

SO ORDERED.

s/ Allyne R. Ross
_____
Allyne R. Ross
United States District Judge

Dated: September 8, 2017
Brooklyn, New York